IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-41 |
| | ) | [UNDER SEAL] |
| ARMANDO CRUZ | ) | (18 U.S.C. §§ 2251(a) and (e)) |

INDICTMENT

COUNT ONE

FILED
FEB 29 2012
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about March 6, 2011, in the Western District of Pennsylvania, the defendant, ARMANDO CRUZ, did employ, use, persuade, induce, entice, and coerce a minor, herein identified as child victim FW, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, knowing and having reason to know that the visual depiction would be transported in interstate commerce, or in and affecting interstate commerce, and which depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce, and which depiction was actually transported and transmitted in interstate commerce, or in and affecting interstate commerce, or mailed.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO

The grand jury further charges:

On or about April 21, 2011, in the Western District of Pennsylvania, the defendant, ARMANDO CRUZ, did employ, use, persuade, induce, entice, and coerce a minor, herein identified as child victim BW, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, knowing and having reason to know that the visual depiction would be transported in interstate commerce, or in and affecting interstate commerce, and which depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce, and which depiction was actually transported and transmitted in interstate commerce, or in and affecting interstate commerce, or mailed.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE

The grand jury further charges:

On or about April 21, 2011, in the Western District of Pennsylvania, the defendant, ARMANDO CRUZ, did employ, use, persuade, induce, entice, and coerce a minor, herein identified as child victim FW, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, knowing and having reason to know that the visual depiction would be transported in interstate commerce, or in and affecting interstate commerce, and which depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce, and which depiction was actually transported and transmitted in interstate commerce, or in and affecting interstate commerce, or mailed.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT FOUR

The grand jury further charges:

On or about June 12, 2011, in the Western District of Pennsylvania, the defendant, ARMANDO CRUZ, did employ, use, persuade, induce, entice, and coerce a minor, herein identified as child victim HE, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, knowing and having reason to know that the visual depiction would be transported in interstate commerce, or in and affecting interstate commerce, and which depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce, and which depiction was actually transported and transmitted in interstate commerce, or in and affecting interstate commerce, or mailed.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524