IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-41 |
| | ) | [UNDER SEAL] |
| ARMANDO CRUZ | ) | |

FILED
FEB 29 2012
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANI'

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant ARMANDO CRUZ, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with Production of Material Depicting the Sexual Exploitation of a Minor, in violation of Title 18, United States Code, Sections 2251(a) and (e).

Recommended bond: Detention.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: _____
CAROLYN J. BLOCH
Assistant U.S. Attorney
PA ID No. 53430