IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-41 |
| | ) | [UNDER SEAL] |
| ARMANDO CRUZ | ) | |

MOTION TO SEAL INDICTMENT
AND ARREST WARRANT

FILED
FEB 29 2012
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANI'

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order sealing the Indictment returned in this case, and the Arrest Warrant issued pursuant to said Indictment. In further support of this Motion, the United States avers as follows:

   1.  The United States has presented an Indictment to the Grand Jury now in session in the City of Pittsburgh, Pennsylvania.

   2.  The aforesaid Indictment charges the above-named defendant with violating Title 18, United States Code, Sections 2251(a) and (e).

   3.  The Indictment has been returned by the Grand Jury to this Honorable Court, and an Arrest Warrant has been requested by the government.

4. The United States deems it prudent, in the interest of justice and integral to the integrity of the Grand Jury process that the Indictment returned by the Grand Jury and Arrest Warrant issued thereby, together with this Motion and Order to Seal, be sealed until further Order of Court to ensure that the arrest of the defendant not be compromised and that the secrecy of the Grand Jury proceedings be maintained to prevent disclosure of matters occurring before the Grand Jury.

WHEREFORE, the United States of America respectfully requests that the Court issue an Order sealing the Indictment in this case, and the Arrest Warrant issued thereby, together with this Motion and Order, until further Order of Court.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: _____
CAROLYN J. BLOCH
Assistant U.S. Attorney
PA ID No. 53430