IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 12-41 |
| | ) | Judge Schwab |
| | ) | |
| **ARMANDO CRUZ** | ) | |

**POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS**

    Now comes the defendant, Armando Cruz, through his counsel, James J. Brink, Esq., and files this position statement pursuant to LCrR 32.1(C). In support of his position statement, the defendant states the following:

    1. The defendant has no objections to the Presentence Investigation Report.

Respectfully submitted,

**BRINK LAW OFFICES, P.C.**

By
   s/ James J. Brink
James J. Brink, Esq.
Pa. I.D. No. 61690
Attorney for Defendant