```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA       )
                               )
     v.                        )     Criminal No. 12-041
                               )
ARMANDO CRUZ                   )

## GOVERNMENT'S POSITION WITH RESPECT TO
## THE PRESENTENCE INVESTIGATION REPORT

     AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said district, submitting as follows:

     Government counsel has received and reviewed the contents of the Presentence Investigation Report in the above-captioned case. Government counsel has no objections or requests for modification to the Presentence Investigation Report.

                                           Respectfully submitted,

                                           DAVID J. HICKTON
                                           United States Attorney

                                           <u>/s/ Carolyn J. Bloch</u>
                                           CAROLYN J. BLOCH
                                           Assistant United States Attorney
                                           U.S. Post Office and Courthouse
                                           700 Grant Street
                                           Suite 4000
                                           Pittsburgh, Pennsylvania 15219
                                           (412) 644-3500 (Phone)
                                           (412) 644-4549 (Fax)
                                           Carolyn.Bloch@usdoj.gov
                                           PA ID No. 53430